John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone: (415) 944-5422
Facsimile: (415) 944-5423

Attorneys for Defendant
Bio Trust Nutrition LLC and Joel Marion

FILED
CLERK, U.S. DISTRICT COURT
OCT - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILLIAM SILVERSTEIN, Plaintiff, <br><br> v. <br><br> BIO TRUST NUTRITION LLC, a Texas limited liability company, JOEL MARION, an individual, MICHAEL PERSAUD, an individual, and DOES 1-50, <br><br> Defendants. | CV13-7343 RGK (Ex) <br><br> **DECLARATION OF JOSH BEZONI IN SUPPORT OF NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** |

I, Josh Bezoni, am competent to state and declare the following based on my personal knowledge:

1. I am the manager and one of two members of Bio Trust Nutrition LLC. Joel Marion is the other member of this LLC.

2. In early 2013, Plaintiff William Silverstein contacted me regarding the "Fat Burning Hormone" advertising campaign. Plaintiff claimed to have received at least 77 unsolicited email messages advertising "Fat Burning Hormone" and claimed he was entitled to receive $1,000 for each of these emails. Plaintiff produced copies of these emails in early 2013. Attached as **Exhibit A** is a true and correct printout of the email messages at issue in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of October 2013 in Austin, Texas.

*(signature)*
Joshua Bezoni