John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone:  (415) 944-5422
Facsimile:   (415) 944-5423

Attorneys for Defendants
Bio Trust Nutrition LLC and Joel Marion

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILLIAM SILVERSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>BIO TRUST NUTRITION LLC, a Texas limited liability company, JOEL MARION, an individual, MICHAEL PERSAUD, an individual, and DOES 1-50,<br><br>Defendants. | No. 13-07343-RGK-E<br><br>**PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

I, Sarah Skaggs, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 1201 Third Avenue, Suite 1600, Seattle, Washington 98101, which is located in the city and state where the mailing described below took place.

3. On October 7, 2013, I deposited in the United States Mail at Seattle, Washington, a copy of the Notice to Adverse Party of Removal to Federal Court dated October 4, 2013, a copy of which is attached to this Certificate.

4. Enclosed with the Notice to Adverse Party of Removal to Federal Court were the following materials Bio Trust Nutrition LLC filed with the Court: Notice of Removal, Certification and Notice of Interested Parties, Notice of Related Case, Declaration of Josh Bezoni with Exhibit, filed as docket 1, 2, 3, 4, 4-1, 4-2, 4-3, 4-4, and 4-5.

4. I served these documents on

> William Silverstein
> 3540 Wilshire Boulevard
> Suite 1205
> Los Angeles, CA 90010

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of October 2013 in Seattle, Washington.

_____
Sarah Skaggs

2
**PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY—13-07343-RGK-E**

John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone:  (415) 944-5422
Facsimile:   (415) 944-5423

Attorneys for Defendants
Bio Trust Nutrition LLC and Joel Marion

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

| | |
|---|---|
| WILLIAM SILVERSTEIN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BIO TRUST NUTRITION LLC, a Texas limited liability company, JOEL MARION, an individual, MICHAEL PERSAUD, an individual, and DOES 1-50,<br><br>　　　　　Defendants. | No. BC517126<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFF WILLIAM SILVERSTEIN IN PRO PER:

    PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Central District of California on October 3, 2013. A copy of the said Notice of Removal is attached to this Notice as Exhibit 1, and is served and filed herewith.

    Respectfully submitted this 4th day of October 2013.

**NEWMAN DU WORS LLP**

*/s/ John Du Wors*
John Du Wors (State Bar No. 233913)
Leeor Neta (State Bar No. 233454)

Attorneys for Defendants
Bio Trust Nutrition LLC and Joel Marion