William Silverstein
3540 Wilshire Blvd. Suite 1205
Los Angeles, CA
(213) 632-5297

biotrust@sorehands.com
Pro Se Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SILVERSTEIN<br>Plaintiff,<br>v.<br>BIO TRUST NUTRITION LLC,<br>et al.<br>Defendant(s). | Case No.: 2:13-CV-07343-RGK (Ex)<br><br>DECLARATION OF WILLIAM SILVERSTEIN IN RESPONSE TO THE COURT'S OSC:RE DISMISSAL DATED OCTOBER 10, 2013<br><br>Date:     Friday, October 18, 2013<br>Place:    Courtroom 850<br><br>Honorable R. Gary Klausner |

I, William Silverstein, declare:

1.  I am over eighteen years of age and am competent to testify. The following facts are based on my own personal knowledge. If called as a witness in these proceedings, I could and would so testify competently under oath.

2.  I make this declaration in response to the Court's October 10, 2013 OSC:RE Dismissal.

3.  Michael Persaud was personally served on August 7, 2013.

4.  On September 10, 2013, I had filed a request for entry of default with Los Angeles Superior Court.

5.  The aforementioned request for default was entered by the state court. Exhibit A is a true and accurate copy of the conformed Request For Entry of Default indicated that the default was entered as requested.

6.  Exhibit B is a true and accurate copy of the Los Angeles Superior Court's web site case summary page indicating that the requested default was entered prior to Defendant removing this case to this Court.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 13, 2013

William Silverstein

# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

13-CV-07343-RGK (Ex)

SILVERSTEIN DECL: RE:OSC
DISMISSAL

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

William Silverstein

3540 Wilshire Blvd; Suite 1205
Los Angeles, CA 90010
TELEPHONE NO.: (213) 632-5297          FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* William Silverstein

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

SEP 1 0 2013

John A. Clarke, Executive Officer/Clerk
BY_____, Deputy
A. Pergler

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District -- Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: William Silverstein

DEFENDANT/RESPONDENT: Alivemax, et. all

| REQUEST FOR (Application) | [✓] Entry of Default | [ ] Clerk's Judgment | CASE NUMBER: |
|---|---|---|---|
| | [ ] Court Judgment | | BC517126 |

*Received*
*SEP 1 0 2013*
*Default Section*

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date):* August 5, 1013
   b. by *(name):* William Silverstein
   c. [✓] Enter default of defendant *(names):* Michael Persaud

   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
          [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [ ] for default previously entered on *(date):*

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint ............ | $ | $ | $ |
| b. Statement of damages * | | | |
| (1) Special ..................... | $ | $ | $ |
| (2) General ..................... | $ | $ | $ |
| c. Interest ........................ | $ | $ | $ |
| d. Costs *(see reverse)* ............. | $ | $ | $ |
| e. Attorney fees ................... | $ | $ | $ |
| f. TOTALS ...................... | $ | $ | $ |

   g. Daily damages were demanded in complaint at the rate of: $          per day beginning *(date):*
   *(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. [ ] *(Check if filed in an unlawful detainer case)* Legal document assistant or unlawful detainer assistant information is on the reverse *(complete item 4).*

Date: September 9, 2013
William Silverstein
_____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [ ] Default entered as requested on *(date):* | SEP 1 0 2013 | John A. Clarke |
|---|---|---|---|
| | (2) [ ] Default NOT entered as requested *(state reason):* | | A. Pergler |
| | | Clerk, by_____, Deputy | |

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CIV-100 [Rev. January 1, 2007] | REQUEST FOR ENTRY OF DEFAULT (Application to Enter Default) | Code of Civil Procedure, §§ 585–587, 1169 www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

CIV-100

| | |
|---|---|
| PLAINTIFF/PETITIONER: William Silverstein | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Alivemax, et. all | BC517126 |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☐ did **not** for compensation give advice or assistance with this form. *(If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

  a.  Assistant's name:                           c.  Telephone no.:
  b.  Street address, city, and zip code:           d.  County of registration:
                                              e.  Registration no.:
                                              f.  Expires on *(date):*

5. ☑ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action
  a. ☐ is ☑ is not  on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
  b. ☐ is ☑ is not  on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
  c. ☐ is ☑ is not  on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was
  a. ☐ **not mailed** to the following defendants, whose addresses are **unknown** to plaintiff or plaintiff's attorney *(names):*

  b. ☐ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
      (1) Mailed on *(date):* September 10, 2013      (2) To *(specify names and addresses shown on the envelopes):*
                                                          Michael Persaud
                                                          969 Market St.
                                                          San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: September 10, 2013

Michelle Valle
_____
(TYPE OR PRINT NAME)              ▶                (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
  a.  Clerk's filing fees  . . . . . . . . . . . . . . . . . . . . .  $
  b.  Process server's fees  . . . . . . . . . . . . . . . . .  $
  c.  Other *(specify):* Attorney Costs      $
  d.  Expert witness fees  . . . . . . . . . . . . . . . . . .  $
  e.  **TOTAL** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____
  f. ☐ Costs and disbursements are waived.
  g.  I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

_____
(TYPE OR PRINT NAME)              ▶                (SIGNATURE OF DECLARANT)

8. ☑ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: September 9, 2013

William Silverstein
_____
(TYPE OR PRINT NAME)              ▶                (SIGNATURE OF DECLARANT)

Civ-100 [Rev. January 1, 2007]          **REQUEST FOR ENTRY OF DEFAULT**          Page 2 of 2
                                       **(Application to Enter Default)**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| William Silverstein<br>3540 Wilshire Blvd.<br>Suite 1205<br>Los Angeles, CA 90010<br><br>TELEPHONE NO.: (213) 632-5297<br><br>ATTORNEY FOR: Plaintiff In Pro Per | CONFORMED COPY<br>ORIGINAL FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br><br>SEP 1 0 2013<br><br>John A. Clarke, Executive Officer/Clerk<br>BY_____, Deputy<br>A. Perßler |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |
|---|
| STREET ADDRESS: 111 N. Hill St.<br>MAILING ADDRESS: 111 N. Hill St.<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: Central District Stanley Mosk Courthouse |

| | CASE NUMBER: |
|---|---|
| PLAINTIFF: William Silverstein | BC517126 |
| DEFENDANT: Bio Trust Nutrition LLC, Intelligent Beauty, Inc., DermStore Inc., Joel Marion, Michael Persaud, and DOES 1-50 inclusive | |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specifiy documents):
   Civil Case Cover Sheet, Summons (form SUM-100), Verified Complaint and Exhibit A,, Notice of Case Assignment, Voluntary Efficient Litigation Stipulations, Stipulation – Early Organizational Meeting, Stipulation – Discovery Resolution, Informal Discovery Conference and Stipulation and Order – Motions in Limine

3. a. Party served:
   Michael Persaud

4. Address where the party was served:
   Strata Luxury Apartments – Lobby, 969 Market St., San Diego, CA 92101

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 8/7/2013 at 9:48 am

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. Name: Michael Narey
   Firm: San Diego Legal and Process Services
   b. Address: PO BOX 124588, San Diego, CA 92112-4588
   c. Telephone number: (619) 797-6577
   d. **The fee** for the service was: $59.00
   e. I am:
   (3) a registered California process server:
   (i) owner
   (ii) Registration No.: Process Server # 1794
   (iii) County: San Diego County

Judicial Council of California<br>POS-010 [Rev. January 1, 2007]<br>Form adopted by rule 982.9   **PROOF OF SERVICE OF SUMMONS**   Job Number SDL-2013000304

| PLAINTIFF: William Silverstein | CASE NUMBER: |
|---|---|
| DEFENDANT: Bio Trust Nutrition LLC, Intelligent Beauty, Inc., DermStore Inc., Joel Marion, Michael Persaud, and DOES 1-50 inclusive | BC517126 |

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/7/2013

_____
Michael Narey
(NAME OF PERSON WHO SERVED PAPERS)

▶ _____
(SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number SDL-2013000304

# EXHIBIT B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B



Home   Juror Services   About the Court   Locations   Search

You Are In: Home > Civil > Online Services > Case Summary > Search Results

▸ General Information
▸ Online Services
▸ Tools for Litigators
▸ Complex Court
▸ Collections Court
▸ Limited Civil Court
▸ Personal Injury Court
▸ Unlawful Detainer Court
▸ Get Help
▸ Civil Forms
▸ Civil Fees
▸ Civil Locations
▸ Court Rules

## Case Summary

PRINT

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

**Case Number:** BC517126
WILLIAM SILVERSTEIN VS BIO TRUST NUTRITION LLC ET AL

**Filing Date:** 08/05/2013
**Case Type:** Other Commercial/Business Tort (General Jurisdiction)
**Status:** Pending

Future Hearings

**01/16/2014** at 01:30 pm in department 16 at 111 North Hill Street, Los Angeles, CA 90012
Non-Appearance (Case Review)(RE: REMOVAL TO FEDERAL COURT)

Documents Filed | Proceeding Information

Parties

BIO TRUST NUTRITION LLC - Defendant/Respondent

DERMSTORE INC. - Defendant/Respondent

DOES 1 - 50 - Defendant/Respondent

INTELLIGENT BEAUTY INC. - Defendant/Respondent

MARION JOEL - Defendant/Respondent

NEWMAN DU WORS LLP - Attorney for Deft/Respnt

PERSAUD MICHAEL - Defendant/Respondent

SILVERSTEIN WILLIAM - Plaintiff & Plaintiff In Pro Per

Case Information | Party Information | Proceeding Information

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Documents Filed (Filing dates listed in descending order)

**10/04/2013** Ntc of Removal to Federal Court
Filed by Attorney for Deft/Respnt

**09/23/2013** OSC-RE Other (Miscellaneous)
Filed by Clerk

**09/23/2013** Notice-Case Management Conference
Filed by Clerk

**09/10/2013** Proof-Service/Summons
Filed by Plaintiff & Plaintiff in Pro Per

**09/10/2013** Default Entered (MICHAEL PERSUAD )

Case 2:13-cv-07343-RGK-E   Document 13   Filed 10/15/13   Page 10 of 11   Page ID #:622

Filed by Attorney for Pltf/Petnr

**09/10/2013** Proof of Service (SUMMONS, COMPLAINT MICHAEL PERSAUD )
Filed by Attorney for Pltf/Petnr

**09/10/2013** Partial Dismissal (with Prejudice)
Filed by Attorney for Pltf/Petnr

**08/05/2013** Complaint

Case Information | Party Information | Documents Filed

Proceedings Held (Proceeding dates listed in descending order)

**10/11/2013** at 01:30 pm in Department 16, Rita Miller, Presiding
Further Proceedings - **Completed**

Case Information | Party Information | Documents Filed | Proceeding Information

Community Outreach      Volunteers, Interns & Externs      Employment

©2009 Information Systems and Technology Bureau

PROOF OF SERVICE

STATE OF CALIFORNIA,                )

COUNTY OF LOS ANGELES          )


I am a resident of the County of Los Angeles, State of California and I am over the age of 18 and not a party to the within action.  My work address is 1055 Wilshire Blvd, Suite 1475, Los Angeles, CA.


On October 15, 2013, I served the foregoing document(s) entitled:

**DECLARATION OF WILLIAM SILVERSTEIN IN RESPONSE TO THE COURT'S OSC:RE DISMISSAL DATED OCTOBER 10, 2013.**

on the interested parties in this action by placing a true and correct copy of such document(s) in a sealed envelope(s) addressed as follows:


John DuWors, Esq.
Newman DuWors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

(the "Addressee") and serving such document(s) as follows:


 X   REGULAR MAIL.  On the service date set forth hereinabove in the County of Los Angeles, I deposited such envelope(s) with postage thereon fully prepaid in the United States mail.


Executed on October 15, 2013, at Los Angeles, California.

I declare under penalty of perjury of the laws of the United States that the above is true and correct.


Michelle Valle

13-CV-0582828-DDP (CFEx)                    - 9 -                    MOTION 12(B)(6)